IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| COBBLER NEVADA, LLC, | ) | CIVIL NO. 15-00428 DKW-RLP |
| | ) | |
| Plaintiff, | ) | DEFICIENCY NOTICE AND ORDER |
| | ) | REGARDING SERVICE OF DEFENDANTS |
| vs. | ) | |
| | ) | |
| DOES 1 THROUGH 21, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

<u>DEFICIENCY NOTICE AND ORDER REGARDING SERVICE OF DEFENDANTS</u>

Plaintiff filed its Complaint against the Defendants on October 16, 2015. ECF No. 1. Based on the docket, it does not appear that Plaintiff has effected service of the Complaint or Summons as required under Rule 4 of the Federal Rules of Civil Procedure. At the time that the Complaint was filed, Rule 4(m) provided that a complaint must be served within 120 days after the complaint is filed. The current version of Rule 4(m) provides that service must be accomplished within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m).

As of the present date, more than 120 days have passed since Plaintiff filed its Complaint, yet no proof of service has been filed. Pursuant to Rule 4(m), the Court hereby gives notice to Plaintiff that it must serve, or show good cause for the failure to serve, the Complaint and Summons on Defendants within thirty days (including weekends and holidays) of the date of this Deficiency Notice and Order. Failure to do so may result in

1

**dismissal** of this action for failure to prosecute or otherwise follow a court order.  <u>See</u> Fed. R. Civ. P. 41(b); Fed. R. Civ. P. 4(m).  <u>See also</u> <u>In re Sheehan</u>, 253 F.3d 507, 513 (9th Cir. 2001) (stating that the court has broad discretion under Rule 4(m)).

The Rule 16 Scheduling Conference set for March 24, 2016, is hereby **VACATED** and will be rescheduled as appropriate.

IT IS SO ORDERED.

DATED HONOLULU, HAWAII, FEBRUARY 17, 2016.



Richard L. Puglisi
United States Magistrate Judge

<u>**COBBLER NEVADA, LLC v. DOES 1 THROUGH 21**</u>**; CIVIL NO. 15-00428 DKW-RLP; DEFICIENCY NOTICE AND ORDER REGARDING SERVICE OF DEFENDANTS**